UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHNNY L. WOODFAULK,

    Plaintiff,

v.   CASE NO. 3:07-cv-426-J-25TEM

WACHOVIA BANK, NA,
JEANETTE QUINONES PERRY,
and JANET BROWN,

    Defendants.

### REPORT AND RECOMMENDATION[1]

Plaintiff initiated this action by filing a complaint (Doc. # 1) (erroneously entitled "Habeas Corpus") on May 17, 2007. Plaintiff filed the complaint as a *pro se* litigant. Plaintiff did not accompany his complaint with the $350.00 filing fee or a request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1). Thus, on May 22, 2007, the Court ordered Plaintiff to either submit the $350.00 filing fee or complete and file an enclosed Affidavit of Indigency within thirty (30) days from the date of the order (Doc. #2). The Court made it clear that failure to do so would result in a recommendation that the action be dismissed without further notice. Ninety one (91) days after the Court's May 22, 2007 order, Plaintiff neither paid the filing fee, nor did he file the Affidavit of Indigency.

In an abundance of caution, the Court issued a Show Cause Order (Doc. #7), on August 8, 2007, directing the Plaintiff to respond within fifteen (15) days as to why the undersigned should not recommend to the District Judge that this case be dismissed for Plaintiff's failure to comply with the Court's order dated May 22, 2007. Plaintiff failed to file

---

[1] Any party may file and serve specific written objections hereto within TEN (10) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a *de novo* determination by a district judge of an issue covered herein and from attacking factual findings on appeal. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a); Local Rule 6.02(a), United States District Court for the Middle District of Florida.

a response to the Show Cause Order within the fifteen (15) days allotted. Therefore, the undersigned recommends that this case be dismissed without prejudice for both failure to comply with the Court's order directing Plaintiff to either submit the $350.00 filing fee or complete and file an Affidavit of Indigency (Doc. #2) and for failure to prosecute.

**DONE AND ENTERED** at Jacksonville, Florida this  7th  day of September, 2007.

Copies to: Counsel of Record
and *Johnny Woodfaulk,*
*Pro Se* Party

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

2